AO 240 (Rev. 9/95)

E-FILED
Tuesday, 03 May, 2005 03:50:49 PM
Clerk, U.S. District Court, ILCD

# United States District Court

DISTRICT OF _____

FILED
MAY -3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

V.

Defendant

CASE NUMBER: 05-1132

I, _Daniel Thomas Kelly_____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant           [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [ ] Yes    [X] No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    [ ] Yes    [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   _Approximately one year ago and could soon reach two years._

3. In the past 12 twelve months have your received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [X] |
   | b. | Rent payments, interest or dividends | [ ] | [X] |
   | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
   | d. | Disability or workers compensation payments | [ ] | [X] |
   | e. | Gifts or inheritances | [ ] | [X] |
   | f. | Any other sources | [ ] | [X] |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received an what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____    _Daniel Thomas Kelly_____
DATE                        SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____ _____. I further certify that during the past six months the applicant's average balance was $ _____.

_April 26, 2005_____    _Daniel Thomas Kelly_____
DATE                        SIGNATURE OF AUTHORIZED OFFICER

RECEIVED
MAY - 3 2005
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

Daniel Thomas Kelly )
Plaintiff )
)
)
vs. )Case No. 05-1132
)
Catholic Diocese of Peoria - Bishop Jenky )
607 N.E. Madison )
Peoria, Ill )
_____ )
Defendant(s) )

Involves the
Franciscan Resource Center **COMPLAINT**
2408 W. Heading Avenue
Peoria, Ill (309) 674-8432

☐ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other
_____

---

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Daniel Thomas Kelly, and states as follows:

My current address is: Peoria Rescue Mission
601 S.W. Adams, Peoria, Ill (309) 676-6416

The defendant Bishop Jenky, is employed as Bishop of Peoria
607 N.E. Madison    at Peoria, Ill
                                    are       at
The defendant Franciscans, is employed as the Franciscan Resource
Center                at Peoria, Ill

The defendant <u>Catherine Kelly</u>, is employed as _____
Her address is/was _____ at <u>2521 W. Magnolia Avenue - West Peoria</u>

The defendant <u>Beaverly Seabeck</u>, is employed as _____
Her address is/was _____ at <u>2521 W. Magnolia Avenue - West Peoria</u>

(revised 9/96)

The defendant _____, is employed as _____
_____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
I have never been incarcerated.    Yes ☐    No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court (if federal court, give name of district; if state court, give name of county)

3. Docket Number/Judge

_____

4. Basic claim made

_____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it    still pending?)

_____

6. Approximate date of filing of lawsuit_____

7. Approximate date of disposition

_____

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☒

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒   No ☐   If your answer is no, explain why not

This is about a lawsuit against the Catholic Diocese of Peoria. It is against the Healing Avenue Franciscans and against Catherine Kelly and Beverly Sealock. Catherine and Beverly brought false child molestation charges against me. They were going to join the Healing Avenue Franciscans.

C. Is the grievance process completed?   Yes ☐   No ☐   There is no reason for a grievance.

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY

INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

# STATEMENT OF CLAIM

Place of the occurrence _____

Date of the occurrence _____

Witnesses to the occurrence _____

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
   THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

Speaking about my parent and Franciscan Resource Center, 2408 W. Healing Avenue, West Peoria, Ill. Phone: 674-8432. Placed two false child molestation charges on me. I lost my job and my career came to an end. These false charges were placed on me while I was recovering from my surgery. Date of surgery: 4/17/01 - Results: one female religious was arrested from this Franciscan Resource Center. Two others who were in the process of joining the community were also arrested. I lost my home and all possessions at Kings Park Mobile Homes, 1302 N. Nicolet, West Peoria, Ill. I contacted the representatives of the Bishop in Peoria (309) 671-1568 - Address: Office of the Chancellor, 412 N.E. Madison, Peoria, Ill. 61603 (309) 671-1550 - Certified letter stated: No inclination to help. Date: May 14, 2004

The second false charge (false child molestation charge) involved my nephew, Matthew Rion Carrigan. The Carrigan family is from Bloomington, Ill. The false charge was placed on me by: Catherine Kelly, 2521 W. Magnolia Avenue, West Peoria, Ill. Catherine Kelly was jailed as was Beverly Sealock. Both Catherine and Beverly shared the same address. Both were involved with the planning of false child molestation charges upon me and with car theft: mine. These events happened during the same period of time: (4-17-01 and continued almost until this present day.

Jailed: 1) Healing Avenue Franciscan Religious, 309 W. Healing Avenue Peoria, Ill. (309) 674-8986 - 2) Catherine Kelly and Beverly Seabeck, 2521 W. Magnolia Avenue, West Peoria. (309) 674-8986 - They could be in jail again in Peoria.

1) Daniel Thomas Kelly - nearly jailed twice because of false charges.
2) Mr. James Steven Kester - jailed by the Healing Avenue Franciscans and by Catherine Kelly and Beverly Seabeck. I placed the Healing Avenue Franciscan, Catherine Kelly and Beverly Seabeck in jail. Catherine Kelly and Beverly Seabeck were in jail more than once. I do not believe Mr. James Steven Kester is guilty.

Mr. Shane Kester is guilty. He is Mr. James Steven Kester's son. Steve and I had him arrested in Chicago, Ill., and he now resides at the State Penn in Pekin, Ill. Name: Federal Correctional Institution, 2nd Avenue, Pekin, Ill. This was arranged through the office of Senator La Hood, 100 N. E. Monroe, Peoria, Ill.

                                                                Daniel Kelly

Address - phone numbers -
Mr. Mrs. Daniel Carrigan    - Mrs. Thomas Kelly    - Mr. Mrs. Donald Beachler
1306 Chonwood Drive           3205 W. Kiva Court      2719 W. Fountain Dale Dr.
Normal, Ill                   Peoria, Ill             Peoria, Ill.
Phone: (309) 452-4793         Phone (309) 688-2399    Phone: (309)

Any/all written material can be spoken with by the attorney, this office I am turning this paperwork into and Mrs. Rita Porter, NCC, LCPC - Cell phone: (309) 264-3197 - She represents a professional organization in Peoria. She (Mrs. Porter) knows my story best. Some of this also shared by the Peoria Journal Star. Mrs. Porter's organization: Day Break: 3400 W. New Leaf Lane - Peoria, Ill - 61615

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Jailed: 1) Healing Avenue Franciscan Religious, 309 W. Healing Avenue, Peoria, Ill - (309) 674-8432. 2) Catherine and Beverly as mentioned. I would like to be appointed an Attorney. I need legal representation. All possessions of mine were lost along with my ability to work because of these false charges. I am now in the process of finding work. And it has taken me more than one year. Because I never heard of the Healing Avenue Franciscans, I would like my wish for my appropriate lawsuit to be dealt with by an attorney. As a religious community, the Healing Avenue Franciscans (bound by civil law) are in charge of the conduct of each member; therefore, they can be held liable along with the Catholic Diocese of Peoria.

**JURY DEMAND**   Yes [X]   No [ ]

Signed this April 26, 2005 day of _____,
19_____.

*Daniel Thomas Kelly*
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Daniel Thomas Kelly | N/A |
| Address: | Telephone Number: |
| 601 S.W. Adams, Peoria, Ill | (309) 676-6416 |