# United States District Court

CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

MAY - 3 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Daniel Thomas Kelly
Plaintiff(s)

vs.

Cathdic Diocese of Peoria
Defendant(s)

)
)
)
)
)
)
)
)

Case Number: _05- 1132_

## MOTION FOR APPOINTMENT OF COUNSEL

I, _Daniel Thomas Kelly_____, declare that I am the (circle one)
(Plaintiff)   Defendant   In the above-entitled proceeding and state that I am unable to afford the services o
an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in thi
proceeding:

_I spoke with the following firm: Scheen and Ritchie. The firm is willing to take my case. I simply have not been able to make the necessary payments because I am still unemployed._

In further support of my motion, I declare that (check appropriate box):

☒  I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or an
other civil or criminal proceeding before this Court.

☐  I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(
described on the back of this page.

In further support of my motion, I declare that (Check appropriate box)

☐  I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

☐  I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is true and corre
representation of my financial status.

☐  I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financ
status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect r
current financial status.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _April 26, 2005_

_Daniel Thomas Kelly_
Movant's Signature

_607 N. E. Madison_
Street Address

_Peoria, Ill_
City/State/Zip

motion to appt counsel.wpd