E-FILED
Tuesday, 10 May, 2005  03:13:39 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| DANIEL KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-1132 |
| ) | |
| CATHOLIC DIOCESE OF PEORIA, ) | |
| BISHOP DANIEL JENKY, ) | |
| CATHERINE KELLY, ) | |
| BEVERLY SEABECK, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Daniel Kelly has filed an application to proceed in forma pauperis and a request for appointment of counsel to pursue his complaint that the defendants falsely accused him of child molestation. But he has not pleaded a jurisdictional basis for his suit; and none is apparent, because all the individuals appear to be Illinois citizens, and the case does not appear to involve any governmental action. IT IS THEREFORE ORDERED that Kelly's complaint is DISMISSED without prejudice. His application to proceed in forma pauperis and his request for appointment of counsel (docket nos. 1 & 2) are DENIED. Kelly remains free to re-file his complaint in an Illinois circuit court. CASE TERMINATED.

Signed this <u>10th</u> day of May 2005.

/s/ Joe B. McDade
JOE BILLY McDADE
United States District Judge