# United States District Court

CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED

MAY 1 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Daniel Thomas Kelly

vs.

Case Number: 05-1132

. Jenky, Franciscan Resource Center, Catherine Kelly, and Beaverly Seabeck

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff has not pleaded a jurisdictional basis for his lawsuit and does not involve any governmental action, therefore complaint is dismissed without prejudice.

ENTER this 10th day of May, 2005

JOHN M. WATERS, CLERK

s/ T. Kelch
BY: DEPUTY CLERK